No. 80–710. United Association of Journeymen & Apprentices of the Plumbing & Pipefitting Industry of the United States and Canada, AFL–CIO, et al. v. Local 334, United Association of Journeymen & Apprentices of the Plumbing & Pipefitting Industry of the United States and Canada, et al. C. A. 3d Cir. Certiorari granted. ■

No. 80–756. Harris, Secretary of Health and Human Services, et al. v. Gray Panthers. C. A. D. C. Cir. Certiorari granted. 

No. 80–802. National Gerimedical Hospital and Gerontology Center v. Blue Cross of Kansas City et al. C. A. 8th Cir. Certiorari granted.

No. 80–808. United States v. Turkette. C. A. 1st Cir. Certiorari granted.

No. 80–5392. Howe v. Civiletti, Attorney General, et al. C. A. 2d Cir. Motion of petitioner for leave to proceed in forma pauperis and certiorari granted.

No. 79–1426. Bankers Trust Co. v. Mallis et al. C. A. 2d Cir. Certiorari denied.

No. 79–5515. Brown v. Mitchell, Penitentiary Superintendent. C. A. 4th Cir. Certiorari denied.

No. 80–146. Shiffrin et al. v. Bratton et al. C. A. 7th Cir. Certiorari denied.